## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | August 6, 2018 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER(S):** | CV-15-3642 (WFK) |
| **NAME OF CASE(S):** | LUO ET AL. V. PANARIUM KISSENA ET AL. |
| **FOR PLAINTIFF(S):** | Schweitzer |
| **FOR DEFENDANT(S):** | Robins |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 4:08 - 4:34 |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Defendants' Motion for Sanctions [113] is granted in part and denied in part.

Due to their absence from the case and complete lack of any discovery responses or even attempts to contact counsel, the Court will recommend that the claims of Plaintiffs Zhen Liu Xiao, Zhen Deng Xiao, Qiao Zheng, Shi Lai Lin and Xu Yang Tian be dismissed for failure to prosecute.

Plaintiff Yanlin Weng has also refused to produce verified discovery responses and has not contacted counsel since May. Accordingly, the Court will recommend dismissal of Plaintiff Weng's claims for failure to prosecute as well.

Parties will provide additional briefing on the issue of whether that dismissal should be with or without prejudice.

Plaintiff Shushu Su will provide properly verified and notarized discovery responses by August 10, 2018 or the Court will recommend dismissal for failure to prosecute.

Plaintiffs shall produce copies of the envelopes used to send the Opt in Notice. Plaintiff will pay Defendants their costs, including attorneys' fees, for preparation of the sanctions motion.

Following depositions of the Plaintiffs, Defendants may renew their request for additional sanctions due to allegedly improper communications and violations of the Court's rulings on the opt-in notice.