FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 29 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIN FANG LUO et al.,

                Plaintiffs,

v.

PANARIUM KISSENA INC. d/b/a FAY DA
BAKERY, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
15-CV-3642 (WFK) (ST)

**WILLIAM F. KUNTZ, II, United States District Judge:**

This Court hereby adopts the Report and Recommendations dated January 10, 2019 submitted by Magistrate Judge Steven Tiscione in this action and dismisses with prejudice the claims of the following plaintiffs: Zhen Liu Xiao, Zhen Deng Xiao, Qiao Zheng, Shi Lai Lin, Xu Yang Tian, and Yanlin Weng.

**SO ORDERED.**

                              s/WFK
                              HON. WILLIAM F. KUNTZ, II
                              UNITED STATES DISTRICT JUDGE

Dated: January 25, 2019
        Brooklyn, New York