UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JING FANG LUO, et al.,

        Plaintiffs,

        v.

PANARIUM KISSENA INC. d/b/a FAY DA
BAKERY, et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**
15-CV-3642 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

This Court hereby adopts the Report and Recommendation dated May 31, 2019 submitted by Magistrate Judge Steven Tiscione (ECF No. 145) in the above-captioned action and dismisses with prejudice the claims of the following plaintiffs: Yan Wang, Fei Yan Lin, Jia Ying Huang, Wen Wei Jie, Ying Chen, Wing Yee Yu, Sha Lin, and Zi Zhou.

**SO ORDERED.**

s/WFK
HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: June 26, 2019
      Brooklyn, New York

1