


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JING FANG LUO, et al.,

                Plaintiffs,

                **ORDER**
v.                 15-CV-3642 (WFK) (CLP)

PANARIUM KISSENA INC., et al.,

                Defendants.
-------------------------------------------------------------------x
**WILLAM F. KUNTZ, II, United States District Judge:**

After careful review of the motion papers submitted by both parties in the above-captioned action (*see* ECF Nos. 151-56), the Court finds there are genuine issues of material fact precluding summary judgment. Accordingly, the Court hereby DENIES Defendant's motion for summary judgment in its entirety. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 151.

                                          **SO ORDERED.**

                                          s/WFK
                              _____
                              HON. WILLIAM F. KUNTZ, II
                              UNITED STATES DISTRICT JUDGE

Dated: December 9, 2019
       Brooklyn, New York