Writer's Direct Dial: (516) 663-6618
Writer's Direct Fax: (516) 663-6818
Writer's E-Mail: drobins@rmfpc.com

September 5, 2023

<u>By ECF (Cover Letter Only) and FedEx (with Courtesy Copy attachments)</u>

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *Jing Fang Luo and Shuang Qiu Huang v. Panarium Kissena Inc., et al.*
          <u>Docket 15-cv-3642 (WFK) (ST)</u>

Dear Judge Kuntz:

We represent Defendants in the above matter. Pursuant to this Court's Individual Rules, enclosed is a full set of courtesy copies of the motion papers in connection with Defendants' Motion for Summary Judgment fully briefed on September 1, 2023, including:

1. Notice of Motion for Summary Judgment (ECF Doc. 203);

2. Declaration of David A. Robins in Support of Defendants' Motion for Summary Judgment (ECF Doc. 203-3);

    a. Exhibit A – Deposition Transcript of J. Cheng (ECF Doc. 203-4)
    b. Exhibit B – Jing Cheng Voluntary Resignation Form (ECF Doc. 203-5)
    c. Exhibit C – Jing Cheng Check In & Check Out (ECF Doc. 203-6)
    d. Exhibit D – Deposition Transcript of Shushu Su (ECF Doc. 203-7)
    e. Exhibit E – Shushu Su Voluntary Resignation Form(ECF Doc. 203-8)
    f. Exhibit F – Shushu Su Check In & Check Out (ECF Doc. 203-9)

g. Exhibit G – Deposition Transcript of Na Na Zhuo (ECF Doc. 203-10)
h. Exhibit H – Na Na Zhuo Check In & Check Out(ECF Doc. 203-11)
i. Exhibit I – Deposition Transcript of Si Feng Wang (ECF Doc. 203-12)
j. Exhibit J – Si Feng Wang Check In & Check Out (ECF Doc. 203-13)

3. Defendants' Rule 56.1 Statement (ECF Doc. 203-2);

4. Memorandum of Law in Support of Defendants' Motion for Summary Judgement (ECF Doc. 203-1);

5. Declaration in Opposition to Defendants' Motion for Partial Summary Judgment (ECF Doc. 205);

a. Exhibit 1 – Jing Cheng Deposition Transcript (ECF Doc. 205-1)
b. Exhibit 2 – Jing Cheng Personnel File (ECF Doc. 205-2)
c. Exhibit 3 – Shu Shu Su Deposition Transcript (ECF Doc. 205-3)
d. Exhibit 4 – Shu Shu Su Personnel File (ECF Doc. 205-4)
e. Exhibit 5 – Na Na Zhou Deposition Transcript (ECF Doc. 205-5)
f. Exhibit 6 – Na Na Zhou Personnel File (ECF Doc. 205-6)
g. Exhibit 7 – Si Feng Wang Deposition Transcript (ECF Doc. 205-7)
h. Exhibit 8 – Si Feng Wang Personnel File (ECF Doc. 205-8)
i. Exhibit 9 – Notice of Pendency (English) (ECF Doc. 205-9)

6. Plaintiffs' Statement of Material Facts (ECF Doc. 205-10);

RUSKIN MOSCOU FALTISCHEK

7. Plaintiffs' Memorandum of Law in Opposition to Motion for Summary Judgment (ECF Doc. 206); and

8. Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment (ECF Doc. 204).

Very truly yours,

/s/David A. Robins

David A. Robins
For the Firm

Cc:    All Counsel (Via ECF Cover Letter Only)
Magistrate Judge Steven Tiscione (Via ECF Cover Letter Only)