UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JING FANG LUO AND SHUANG QIU HUANG, :
                                :

          Plaintiffs,        :

                                :      **ORDER**
          v.             :      15-CV-3642 (WFK) (ST)

                                :

PANARIUM KISSENA INC., *et al.*,     :

                                :

          Defendants.     :
--------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of Defendants' fully briefed motion for summary judgment at ECF

Nos. 203–04, 206. The Court SCHEDULES oral argument on the motion for Tuesday, August

5, 2025, at 2:30 P.M, in Courtroom 6H North at the United States Courthouse, 225 Cadman

Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II.


                          SO ORDERED.

                          s/WFK

                          HON. WILLIAM F. KUNTZ, II
                          UNITED STATES DISTRICT JUDGE

Dated: July 15, 2025
       Brooklyn, New York