UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JING FANG LUO and SHUANG QIU HUANG,  :

                  :

        Plaintiffs,        :

                  :      **ORDER**

     v.            :      15-CV-3642 (WFK) (ST)

                  :

PANARIUM KISSENA INC., *et al.*,    :

                  :

        Defendants.     :
-------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the oral argument held on Tuesday, August 5, 2025, at 2:30 P.M., the Court

ORDERS the following briefing schedule for supplemental briefing:

Defendants shall submit their supplemental briefing on ECF by Tuesday, September 2,

2025, at 5:00 P.M. Plaintiffs shall submit their response on ECF by Tuesday, September 16,

2025, at 5:00 P.M.

                                  **SO ORDERED.**

                                  **s/WFK**

                        HON. WILLIAM F. KUNTZ, II
                        UNITED STATES DISTRICT JUDGE

Dated: August 6, 2025
       Brooklyn, New York