# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW

Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342

41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

July 18, 2026

***Via* ECF**

Hon. William F. Kuntz, II U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Kuntz,

**Re:     Request to Ruling on Defendants' Motion to Dismiss First Amended Complaint**
***Luo et al v. Panarium Kessena Inc. et al., 15-cv-03642 (WFK)(ST)***

This office represents Plaintiffs in the above referenced matter. We write in regard to Defendants PANARIUM KISSENA INC. et al's Motion to Dismiss (Docket Entry No. 210, September 2, 2025) Plaintiffs' First Amended Complaint's NYLL §195 Claims (Docket Entry No. 36) that is currently pending before Your Honor. Plaintiffs filed their opposition on September 30, 2025 (Docket Entry No. 212). Accordingly, the Motion has been fully briefed for slightly more than nine months and Plaintiffs respectfully request a ruling on this matter.

We thank the Court for its attention and consideration for this matter.

Respectfully submitted,
 */s/ John Troy*
John Troy

cc: via ECF
all attorneys of record

*/mou*